# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| WASEEM DAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-CV-159 (WLS-TQL) |
| | : | |
| E. LEE DAVIS, *et al*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **ORDER**

Before the Court is Plaintiff's Motion to Vacate, (Doc. 26) filed on November 17, 2021, this Court's September 17, 2021, Order (Doc. 22) and Judgment. (Doc. 23.) This Court in its September 17, 2021 Order (Doc. 22) denied as moot Plaintiff's Motions to Expedite Consideration of Objections (Docs. 20 & 21), denied Plaintiff's Motion for Reconsideration (Doc. 18) and adopted the Honorable Judge Thomas Q. Langstaff's Report and Recommendation (Doc. 12.) The September 17, 2021 Judgment (Doc. 23) dismissed the action.

The Court notes that Plaintiff filed a Notice of Appeal (Doc. 24) with the United States Court of Appeals for the Eleventh Circuit on November 16, 2021. Therefore, Plaintiff's motion to this Court was filed after he filed his notice of appeal. Accordingly, this Court lacks jurisdiction to address Plaintiff's Motion to Vacate directed to this Court. (Doc. 26.) This Court lacks jurisdiction to address Plaintiff's Motion to Vacate (Doc. 26) because the effect of a notice of appeal is that a district court lacks jurisdiction, i.e., authority, to act after the filing of a timely notice of appeal except for actions in aid of appellate jurisdiction or to rule on a

timely motion of the type specified in Federal Rule of Appellate Procedure 4(a)(4). Accordingly, Plaintiff's Motion to Vacate is **DENIED** without prejudice as this Court lacks jurisdiction to grant relief at this time.

**SO ORDERED**, this  19th  day of November 2021.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**